Paul Licata, Inc  dba  BDI Machinery Sales
51 Race Street
Macungie, PA 18062

Scott D McCurdy
5431 Kraussdale Road
East Greenville, PA 18041

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 01/26/2026 - 02/08/2026** | | | **Pay Date: 02/12/2026** |
|---|---|---|---|---|---|---|---|---|

**Employee**

Scott D McCurdy, 5431 Kraussdale Road, East Greenville, PA 18041

**SSN**

***-**-3088

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | | Current | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| Hourly | 40:00 | 26.00 | 1,040.00 | 1,040.00 | Qualified OT Tracking | | 9.10 | 9.10 |
| Wages OT | 0:42 | 39.00 | 27.30 | 27.30 | | | | |
| | 40:42 | | 1,067.30 | 1,067.30 | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| LOCAL EIT | -10.67 | -10.67 |
| Local LST | -2.00 | -2.00 |
| Federal Withholding | -14.00 | -14.00 |
| Social Security Employee | -66.17 | -66.17 |
| Medicare Employee | -15.48 | -15.48 |
| PA - Withholding | -32.77 | -32.77 |
| PA - Unemployment Employee | -0.75 | -0.75 |
| | -141.84 | -141.84 |

| **Net Pay** | **925.46** | **925.46** |
|---|---|---|

Paul Licata, Inc  dba  BDI Machinery Sales, 51 Race Street, Macungie, PA 18062

BDI MACHINERY SALES, INC.

Scott D. McCurdy                                          2/26/2026

**4562**

6005 · Employee Wages                                    USD 2,135.25
2400. · Payroll Liabilities                              USD -384.74
6170 · Miscellaneous Expenses                            USD 36.03

Key Bank Checking      Period ending 02/22/2026                      USD 1,786.54

Paul Licata, Inc  dba  BDI Machinery Sales
51 Race Street
Macungie, PA 18062

Scott D McCurdy
5431 Kraussdale Road
East Greenville, PA 18041

---

| **Employee Pay Stub** | | Check number: | | | Pay Period: 02/23/2026 - 03/08/2026 | | Pay Date: 03/12/2026 |
|---|---|---|---|---|---|---|---|

**Employee**

Scott D McCurdy, 5431 Kraussdale Road, East Greenville, PA 18041

**SSN**

\*\*\*-\*\*-3088

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| Hourly | 80:00 | 26.00 | 2,080.00 | 5,200.00 | Qualified OT Tracking | 39.87 | 67.39 |
| Wages OT | 3:04 | 39.00 | 119.60 | 202.15 | | | |
| | 83:04 | | 2,199.60 | 5,402.15 | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| LOCAL EIT | -22.00 | -54.02 |
| Local LST | -2.00 | -6.00 |
| Federal Withholding | -139.00 | -264.00 |
| Social Security Employee | -136.37 | -334.93 |
| Medicare Employee | -31.89 | -78.33 |
| PA - Withholding | -67.53 | -165.85 |
| PA - Unemployment Employee | -1.54 | -3.78 |
| | -400.33 | -926.91 |

| Net Pay | 1,799.27 | 4,475.24 |
|---|---|---|

Paul Licata, Inc  dba  BDI Machinery Sales, 51 Race Street, Macungie, PA 18062