

Paul Licata, Inc dba BDI Machinery Sale
51 Race Street
Macungie, PA 18062

Scott D McCurdy
5431 Kraussdale Road
East Greenville, PA 18041

**Employee Pay Stub**  Check number:  Pay Period: 03/09/2026 - 03/22/2026    Pay Date: 03/26/2026

**Employee**  SSN
Scott D McCurdy, 5431 Kraussdale Road, East Greenville, PA 18041   ***-**-3088

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Non-taxable Company Items | Current | YTD Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | 18.63 | 86.02 |
| Hourly | 80:00 | 26.00 | 2,080.00 | 7,280.00 | Qualified OT Tracking | | |
| Wages OT | 1:26 | 39.00 | 55.90 | 258.05 | | | |
| | 81:26 | | 2,135.90 | 7,538.05 | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| LOCAL EIT | -21.36 | -75.38 |
| Local LST | -2.00 | -8.00 |
| Federal Withholding | -131.00 | -115.00 |
| Social Security Employee | -132.43 | -467.36 |
| Medicare Employee | -30.97 | -109.30 |
| PA - Withholding | -65.57 | -231.42 |
| PA - Unemployment Employee | -1.50 | -5.28 |
| | -384.83 | -1,311.74 |
| | 1,751.07 | 6,226.31 |

**Net Pay**