## EARNINGS STATEMENT

**ADVICE OF DEPOSIT**

**THIS IS NOT A CHECK**

**EMPLOYER:**
Paul Licata Inc DBA BDI Machinery Sales
51 Race Street
Macungie, Pennsylvania 18062
Phone: +1 (267) 733-8692

**PAY PERIOD:**
3/23/2026 - 4/5/2026

**PAY DATE:**
4/9/2026

**PAID TO:**
Scott McCurdy
5431 Kraussdale Road
East Greenville, Pennsylvania 18041
SSN: ...3088

**GROSS PAY:**
$2,191.80

**NET PAY:**
$1,752.22

| EARNINGS | RATE | CURRENT HOURS | CURRENT PERIOD | YTD HOURS | YTD AMOUNT |
|---|---|---|---|---|---|
| Base Pay | $26.00 | 76.30 | $1,983.80 | 76.30 | $1,983.80 |
| Holiday Pay | $26.00 | 8.00 | $208.00 | 8.00 | $208.00 |
| Overtime | $39.00 | 0.00 | $0.00 | 6.62 | $258.05 |
| Salary | - | 0.00 | $0.00 | 280.00 | $7,280.00 |
| Reportable Non-Taxable Disability | - | 0.00 | $0.00 | 0.00 | $86.02 |

| SUMMARY | CURRENT | YTD |
|---|---|---|
| Gross Pay | $2,191.80 | $9,729.85 |
| Deductions | $0.00 | $0.00 |
| Taxes | $439.58 | $1,751.32 |
| Net Pay | $1,752.22 | $7,978.53 |

| EMPLOYEE TAXES | CURRENT PERIOD | YTD AMOUNT |
|---|---|---|
| Social Security Tax - Employee | $135.89 | $603.25 |
| Federal Income Tax | $179.17 | $594.17 |
| Medicare Tax - Employee | $31.78 | $141.08 |
| Pennsylvania State Tax | $67.29 | $298.71 |
| Pennsylvania SUI | $1.53 | $6.81 |
| Macungie, Borough of - EIT - East Penn S D (392303) | $21.92 | $97.30 |
| Macungie, Borough of - LST - East Penn S D (392303) | $2.00 | $10.00 |