Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Scott McCurdy
5431 Kraussdale Road
East Greenville, PA 18041

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-11177-PMM**

Petition Filed Date: 03/24/2026
341 Hearing Date: 04/21/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/05/2026 | $637.00 | | 06/12/2026 | $637.00 | | 07/13/2026 | $1,045.00 | |

**Total Receipts for the Period: $2,319.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,364.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,335.00 | $0.00 | $3,335.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | CITADEL CREDIT UNION<br>»» 002 | Unsecured Creditors | $2,852.44 | $0.00 | $0.00 |
| 3 | PPL ELECTRIC UTILITIES<br>»» 003 | Unsecured Creditors | $8,421.53 | $0.00 | $0.00 |
| 4 | M&T BANK<br>»» 004 | Mortgage Arrears | $39,833.24 | $0.00 | $0.00 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $3,487.26 | $0.00 | $0.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 006 | Unsecured Creditors | $8,029.69 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $741.19 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $695.56 | $0.00 | $0.00 |
| 9 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 09S | Secured Creditors | $12,883.62 | $0.00 | $0.00 |
| 10 | MEMBERS 1ST FEDERAL CREDIT UNION<br>»» 09U | Unsecured Creditors | $2,293.62 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-11177-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,364.00 | Current Monthly Payment: | $1,308.00 |
| Paid to Claims: | $0.00 | Arrearages: | $263.00 |
| Paid to Trustee: | $259.02 | Total Plan Base: | $75,567.00 |
| Funds on Hand: | $3,104.98 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.