United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-11177-pmm
Scott McCurdy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Sep 24, 2026 Form ID: 155 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott McCurdy, 5431 Kraussdale Road, East Greenville, PA 18041-2420 |
| 15118806 | + | HUD, 451 7th Street SW, Washington, DC 20024-3193 |
| 15123267 | + | Lakeview Loan Servicing, LLC, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 15136656 | + | PAUL F. JENKINS, c/o David B. Schwartz, Esquire, 514 Fullerton Avenue, Suite 2, Whitehall, PA 18052-6731 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15118800 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2026 02:29:44 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15118801 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2026 02:29:51 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15118802 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 25 2026 02:17:00 | Citadel Credit Union, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 15121754 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 25 2026 02:17:00 | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 15118803 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 25 2026 02:17:00 | Citadel Credit Union, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 15118804 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2026 02:29:43 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15118805 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2026 02:29:58 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15118808 | | Email/Text: Bkynotices@lendingpoint.com | Sep 25 2026 02:17:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 15118807 | | Email/Text: Bkynotices@lendingpoint.com | Sep 25 2026 02:17:00 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Nw, Suite 200, Kennesaw, GA 30144 |
| 15146814 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2026 02:29:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15122822 | ^ | MEBN | Sep 25 2026 02:16:02 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15140909 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 25 2026 02:17:00 | Lending Point, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 15118809 | | Email/Text: camanagement@mtb.com | Sep 25 2026 02:17:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15118810 | | Email/Text: camanagement@mtb.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 25 2026 02:17:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15140540 | | Email/Text: camanagement@mtb.com | Sep 25 2026 02:17:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15118812 | + | Email/Text: unger@members1st.org | Sep 25 2026 02:18:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 15118811 | + | Email/Text: Unger@Members1st.org | Sep 25 2026 02:17:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp Hill, PA 17001-8893 |
| 15142240 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2026 02:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15118814 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2026 02:17:00 | Midland Credit Mgmt, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15118813 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2026 02:17:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 15147456 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 02:29:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15118816 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 02:29:51 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15118815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2026 02:29:59 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15118817 | ^ | MEBN | Sep 25 2026 02:15:52 | PPL Electric, 2 North 9th Street, CPC-GENN1, Allentown, PA 18101-1139 |
| 15126863 | ^ | MEBN | Sep 25 2026 02:16:16 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 15119608 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 25 2026 02:29:51 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

**Name** **Email Address**

DAVID B. SCHWARTZ
on behalf of Paul F. Jenkins dbsesquire@gmail.com dbschwartzesq@aol.com;gerber.taylorb128924@notify.bestcase.com

MAGGIE S SOBOLESKI
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Scott McCurdy support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Scott McCurdy<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26−11177−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 24, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court